# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-2293V

JOSE TOMAS SINISCALCHI,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: May 21, 2024

*Emily B. Ashe, Anapol Weiss, Philadelphia, PA, for Petitioner.*

*Emilie Williams, U.S. Department of Justice, Washington, DC, for Respondent.*

### DECISION AWARDING DAMAGES[1]

On December 14, 2021, Jose Tomas Siniscalchi filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered from Guillain-Barré syndrome ("GBS") after receiving an influenza vaccination on September 22, 2020. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On January 24, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for his GBS. On May 21, 2024, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $145,243.38. Proffer at 2. This amount is comprised of $145.000.00 in damages for pain and suffering and $243.38 representative of out-of-pocket medical and related expenses. *Id.* In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $145,243.38 in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**<u>s/Brian H. Corcoran</u>**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

|                                              |   |                            |
|----------------------------------------------|---|----------------------------|
|                                              | ) |                            |
| JOSE TOMAS SINISCALCHI,                       | ) |                            |
|                                              | ) |                            |
| Petitioner,                                   | ) | No. 21-2293V   ECF         |
|                                              | ) |                            |
| v.                                            | ) | Chief Special Master Corcoran |
|                                              | ) |                            |
| SECRETARY OF HEALTH                           | ) |                            |
| AND HUMAN SERVICES,                           | ) |                            |
|                                              | ) |                            |
| Respondent.                                   | ) |                            |
|                                              | ) |                            |

**PROFFER ON AWARD OF COMPENSATION[1]**

I.      **Procedural History**

On December 14, 2021, Jose Tomas Siniscalchi ("petitioner") filed a petition for

compensation ("petition") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C.

§§ 300aa-1 to -34, *as amended*.  He alleges that, as a result of receiving the influenza vaccine on

September 22, 2020, he suffered from Guillain-Barre Syndrome (GBS).  *See* Petition.  On

December 27, 2022, respondent filed his Vaccine Rule 4(c) report, concluding that petitioner

suffered GBS as defined by the Vaccine Injury Table, within the Table timeframe.  On January

24, 2022, Chief Special Master Corcoran issued a ruling on entitlement, finding that petitioner

was entitled to compensation for a GBS Table injury.

II.     **Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded

a lump sum of **$145,243.38,** for all damages, including $145,000.00 representative of pain and

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to
address after the Damages Decision is issued.

suffering, and $243.38 representative of out-of-pocket medical and related expenses. This amount represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## III. Form of the Award

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment, as described below, and requests that the Chief Special Master's decision and the Court's judgment award the following: A lump sum payment of **$145,243.38** in the form of a check payable to petitioner.[2] Petitioner agrees.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

ALEXIS B. BABCOCK
Assistant Director
Torts Branch, Civil Division

---

[2] Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.

/s/Emilie F. Williams
EMILIE F. WILLIAMS
Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46, Benjamin Franklin Station
Washington, D.C.  20044-0146
Direct dial: (202) 305-0124
Emilie.williams@usdoj.gov

Dated:  May 21, 2024